1  LOMBARDI, LOPER & CONANT, LLP
   JEFFREY D HOSKING, State Bar No. 163975
2  jdh@llcllp.com
   KAREN E. GIQUINTO, State Bar No. 228261
3  keg@llcllp.com
   Lake Merritt Plaza
4  1999 Harrison Street, Suite 2600
   Oakland, CA 94612-3541
5  Telephone:   (510) 433-2600
   Facsimile:   (510) 433-2699
6
   Attorneys for Defendant
7  ST. FRANCIS MEDICAL CENTER, INC.

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                          OAKLAND DIVISION
11

12  PAMELA SAUCER,                    Case No. C-07-03378 WDB

13              Plaintiff,            STIPULATION TO EXTENSION OF TIME
                                      TO FILE RESPONSIVE PLEADINGS
14  v.                                [LOCAL RULE 6-1(a)]

15  SAINT FRANCIS MEDICAL CENTER,
    Inc.,
16
                Defendant.
17

18

19        IT IS HEREBY STIPULATED that Defendant St. Francis Medical Center may file

20  responsive pleadings to plaintiff Pamela Saucer's Complaint through August 17, 2007.

21  Dated:  July 25, 2007            LOMBARDI, LOPER & CONANT, LLP

22

23                                   By: _____
                                         KAREN E. GIQUINTO
24                                       Attorneys for Defendant
                                         ST. FRANCIS MEDICAL CENTER, INC.
25

26

27

28

30758-37025 KEG 540348.1                          STIPULATION TO EXTENSION TO FILE
                                                  RESPONSIVE PLEADING
                                                  CASE NO. C-07-03378

1  Dated: July 26, 2007               LAW OFFICES OF TESFAYE W. TSADIK
2
3                                      By: *Tesfaye W. Tsadik*
4                                         TESFAYE W. TSADIK
                                          Attorneys for Plaintiff
5                                         PAMELA SAUCER
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541