1  JEFFREY D HOSKING, State Bar No. 163975
   jdh@llcllp.com
2  KAREN E. GIQUINTO, State Bar No. 228261
   keg@llcllp.com
3  LOMBARDI, LOPER & CONANT, LLP
   Lake Merritt Plaza
4  1999 Harrison Street, Suite 2600
   Oakland, CA  94612-3541
5  Telephone:   (510) 433-2600
   Facsimile:   (510) 433-2699
6
   Attorneys for Defendant
7  ST. FRANCIS MEDICAL CENTER, INC.

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                          OAKLAND DIVISION
11

12
   PAMELA SAUCER,                       Case No.  C-07-03378 WDB
13
              Plaintiff,                **CONSENT TO PROCEED BEFORE**
14                                      **UNITED STATES MAGISTRATE JUDGE**
   v.                                   **WAYNE D. BRAZIL**
15
   SAINT FRANCIS MEDICAL CENTER,
16 Inc.,

17            Defendant.

18
19     CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

20     In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned

21 party hereby voluntarily consents to have United States Magistrate Judge Wayne Brazil conduct

22 any and all further proceedings in this case, including trial, and order the entry of a final

23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

30758-37025 KEG 541269.1                 1                CONSENT TO PROCEED BEFORE A
                                                          UNITED STATES MAGISTRATE JUDGE
                                                          CASE NO. C-07-03378

1  judgment. Appeal from the judgment shall be taken directly to the United States Court of
2  Appeals for the Ninth Circuit.

Dated: August 17, 2007

LOMBARDI, LOPER & CONANT, LLP

By: /s/ Karen E. Giquinto
KAREN E. GIQUINTO
Attorneys for Defendant
ST. FRANCIS MEDICAL CENTER, INC.

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

30758-37025 KEG 541269.1

- 2 -

CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE
CASE NO. C-07-03378