1  JEFFREY D HOSKING, State Bar No. 163975
   jdh@llcllp.com
2  KAREN E. GIQUINTO, State Bar No. 228261
   keg@llcllp.com
3  LOMBARDI, LOPER & CONANT, LLP
   Lake Merritt Plaza
4  1999 Harrison Street, Suite 2600
   Oakland, CA  94612-3541
5  Telephone:    (510) 433-2600
   Facsimile:    (510) 433-2699
6
   Attorneys for Defendant
7  ST. FRANCIS MEDICAL CENTER, INC.

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                         OAKLAND DIVISION
11

12
   PAMELA SAUCER,                          Case No.  C-07-03378 WDB
13
              Plaintiff,                   DECLARATION OF K. SCOTT WESTER
14                                         IN SUPPORT OF DEFENDANT ST.
   v.                                      FRANCIS MEDICAL CENTER'S MOTION
15                                         TO DISMISS FOR LACK OF PERSONAL
   SAINT FRANCIS MEDICAL CENTER,           JURISDICTION [F.R.C.P. 12(b)(2)] OR IN
16 Inc.,                                   THE ALTERNATIVE MOTION TO
                                           DISMISS FOR IMPROPER VENUE
17            Defendant.                   [F.R.C.P. 12(b)(3), 28 U.S.C. § 1406] OR IN
                                           THE ALTERNATIVE FOR A TRANSFER
18                                         OF VENUE [28 U.S.C. § 1404] AND
                                           REQUEST FOR AN ORDER STAYING
19                                         DISCOVERY ON THE MERITS AND
                                           EARLY DISCLOSURE REQUIREMENTS
20                                         UNTIL THE JURISDICTIONAL ISSUE IS
                                           RESOLVED
21
                                           Date:   September 26, 2007
22                                         Time:   1:30 p.m.
                                           Magistrate Judge Wayne Brazil
23

24
25 I, K. Scott Wester, declare that:

26    1.    I am the Chief Executive Officer of St. Francis Medical Center.  I have personal

27 knowledge of all the matters stated herein and could competently testify thereto if called upon as

28 a witness.

30758-37025 KEG 541164.1

DECLARATION OF K. SCOTT WESTER IN
SUPPORT OF MOTION TO DISMISS
CASE NO. C-07-03378

2. I have reviewed the plaintiff's complaint and am familiar with the allegations contained therein. Plaintiff alleges that she was injured as a result of a fall on June 30, 2006 in the hallway of St. Francis Medical Center, Inc. located at 309 Jackson Street, Monroe, Louisiana in the parish of Ouachita while visiting her mother.

3. St. Francis Medical Center, Inc. is a non-profit corporation that operates as an acute care medical center in Monroe, Louisiana. St. Francis Medical Center, Inc. is incorporated in the State of Louisiana. St. Francis Medical Center, Inc. services the residents of rural northern Louisiana.

4. St. Francis Medical Center, Inc. is not incorporated in California; nor has it qualified to do business in California. St. Francis Medical Center, Inc. has no subsidiaries incorporated or qualified to do business in California.

5. None of the officers or directors of St. Francis Medical Center, Inc. reside or are domiciled in California.

6. St. Francis Medical Center, Inc. has no employees residing or domiciled in California; nor has it contracted with persons residing in California to act on its behalf with respect to marketing or distributing any of St. Francis Medical Center, Inc.'s goods or products.

7. St. Francis Medical Center has no branch office or comparable facilities in California, and has not telephone listings or mailing address in California. It also has no bank accounts or other tangible personal or real property in California.

8. St. Francis Medical Center, Inc. does not direct any of its advertising specifically toward California residents, nor does it advertise in any publications that are directed primarily toward California residents.

9. The acts or omissions for which St. Francis Medical Center, Inc. is sought to be held liable in this action, as described in paragraphs 6-13 of the Complaint, all occurred outside of California.

10. It would be unreasonable to require St. Francis Medical Center, Inc. to defend this action in courts within California for the following reasons:

///

    (a)    As stated above, St. Francis Medical Center, Inc. has directed no business or activities towards California.

    (b)    The cost of sending employees to California for discovery and trial purposes will put a considerable strain upon the hospital's resources.

    (c)    The location of the alleged incident and the majority of all relevant witnesses are not located in California

    (d)    The Western District of Louisiana is the appropriate and more convenient forum to litigate this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: August 16, 2007

/s/ K. Scott Wester
K. Scott Wester

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

30758-37025 KEG 541164.1

- 3 -

DECLARATION OF K. SCOTT WESTER IN SUPPORT OF MOTION TO DISMISS
CASE NO. C-07-03378