JEFFREY D HOSKING, State Bar No. 163975
jdh@llcllp.com
KAREN E. GIQUINTO, State Bar No. 228261
keg@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
Telephone:   (510) 433-2600
Facsimile:   (510) 433-2699

Attorneys for Defendant
ST. FRANCIS MEDICAL CENTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PAMELA SAUCER,<br><br>            Plaintiff,<br><br>v.<br><br>SAINT FRANCIS MEDICAL CENTER, Inc.,<br><br>            Defendant. | Case No.  C-07-03378 WDB<br><br>**PROPOSED ORDER GRANTING MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION [F.R.C.P. 12(b)(2)] OR IN THE ALTERNATIVE MOTION TO DISMISS FOR IMPROPER VENUE [F.R.C.P. 12(b)(3), 28 U.S.C. § 1406] OR IN THE ALTERNATIVE FOR A TRANSFER OF VENUE [28 U.S.C. § 1404] AND  REQUEST FOR AN ORDER STAYING DISCOVERY ON THE MERITS AND EARLY DISCLOSURE REQUIREMENTS UNTIL THE JURISDICTIONAL ISSUE IS RESOLVED**<br><br>Date:   September 26, 2007<br>Time:   1:30 p.m.<br>**Magistrate Judge Wayne Brazil** |

Defendant's Motion to Dismiss came on regularly for hearing on September 26, 2007 at 1:30 p.m. in Courtroom 4 of the above-referenced court.  Plaintiff Pamela Saucer was represented by Sylvia Keita and Defendant St. Francis Medical Center, Inc. was represented by Karen E. Giquinto of Lombardi, Loper & Conant, LLP.

///

1  The Court, having read and considered the moving papers, opposition papers, reply
2  papers, and oral argument of the parties and counsel, hereby orders that defendant's Motion
3  Dismiss is GRANTED pursuant to F.R.C.P. 12(b)(2) or, in the alternative 12(3) on the following
4  grounds:

- The Court lacks personal jurisdiction over Defendant St. Francis Medical Center;
- Venue in the Northern District of California is improper.

IT IS SO ORDERED.

Date: _____        _____
                                     HONORABLE WAYNE D. BRAZIL

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

30758-37025 KEG 541458.1        - 2 -        PROPOSED ORDER GRANTING
                                              MOTION TO DISMISS
                                              CASE NO. C-07-03378