JEFFREY D HOSKING, State Bar No. 163975
jdh@llcllp.com
KAREN E. GIQUINTO, State Bar No. 228261
keg@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
Telephone:   (510) 433-2600
Facsimile:   (510) 433-2699

Attorneys for Defendant
ST. FRANCIS MEDICAL CENTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PAMELA SAUCER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SAINT FRANCIS MEDICAL CENTER, Inc.,<br><br>　　　　Defendant. | Case No. C-07-03378 WDB<br><br>**PROPOSED REVISED CASE MANAGEMENT SCHEDULE** |

IT IS HEREBY ORDERED that this action is assigned to the Honorable Wayne D. Brazil. Counsel must comply with the case schedule listed below unless the Court otherwise orders.

IT IS FURTHER ORDERED that this action is assigned to the Alternative Dispute Resolution (ADR) Multi-Option Program governed by ADR Local Rule 3. Counsel and clients shall familiarize themselves with that rule and with the handbook entitled "Dispute Resolution Procedures in the Northern District of California.

///

///

///

## CASE SCHEDULE – ADR MULTI-OPTION PROGRAM

| Date | Event | Governing Rule |
| --- | --- | --- |
| 6/27/2007 | Complaint filed | |
| 11/12/2007 | Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br>• file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference | FRCP 26(f) & ADR LR 3-5<br>Civil LR 16-8 |
| 11/26/2007 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement (also available at http://www.cand.uscourts.gov) | FRCP 26(a)(1)<br>Civil LR 16-9 |
| 12/03/2007 | INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Courtroom 4, Oakland at 4:00 p.m. | Civil LR 16-10 |

Date: _____

_____
Magistrate Judge Wayne D. Brazil

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

30758-37025 KEG 541345.1    - 2 -    PROPOSED REVISED CASE MANAGEMENT SCHEDULE
CASE NO. C-07-03378