1  JEFFREY D HOSKING, State Bar No. 163975
   jdh@llcllp.com
2  KAREN E. GIQUINTO, State Bar No. 228261
   keg@llcllp.com
3  LOMBARDI, LOPER & CONANT, LLP
   Lake Merritt Plaza
4  1999 Harrison Street, Suite 2600
   Oakland, CA 94612-3541
5  Telephone:   (510) 433-2600
   Facsimile:    (510) 433-2699
6
   Attorneys for Defendant
7  ST. FRANCIS MEDICAL CENTER, INC.

8
                  UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                         OAKLAND DIVISION
11

12
   PAMELA SAUCER,                    Case No.  C-07-03378 WDB
13
              Plaintiff,              **CERTIFICATE OF SERVICE**
14
   v.
15
   SAINT FRANCIS MEDICAL CENTER,
16 Inc.,

17            Defendant.

18

19 I, Noelle Duncan, hereby declare:

20    I am a citizen of the United States, over 18 years of age and not a party to the within

21 action. I am employed in the county of Alameda; my business address is 1999 Harrison Street,

22 Suite 2600, Oakland, CA 94612.

23    On August 17, 2007, I served the within:

24 • **CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE WAYNE D. BRAZIL;**

25
26 • **DEFENDANT ST. FRANCIS MEDICAL CENTER'S NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION [F.R.C.P. 12(B)(2)] OR IN THE ALTERNATIVE MOTION TO DISMISS FOR IMPROPER
27 VENUE [F.R.C.P. 12(B)(3), 28 U.S.C. § 1406] OR IN THE ALTERNATIVE FOR A TRANSFER OF VENUE [28 U.S.C. § 1404] AND REQUEST FOR AN ORDER
28 STAYING DISCOVERY ON THE MERITS AND EARLY DISCLOSURE**

REQUIREMENTS UNTIL THE JURISDICTIONAL ISSUE IS RESOLVED; MEMORANDUM OF POINTS AND AUTHORITIES;

- **DECLARATION OF KAREN E. GIQUINTO IN SUPPORT OF DEFENDANT ST. FRANCIS MEDICAL CENTER'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION [F.R.C.P. 12(B)(2)] OR IN THE ALTERNATIVE MOTION TO DISMISS FOR IMPROPER VENUE [F.R.C.P. 12(B)(3), 28 U.S.C. § 1406] OR IN THE ALTERNATIVE FOR A TRANSFER OF VENUE [28 U.S.C. § 1404] AND REQUEST FOR AN ORDER STAYING DISCOVERY ON THE MERITS AND EARLY DISCLOSURE REQUIREMENTS UNTIL THE JURISDICTIONAL ISSUE IS RESOLVED;**

- **DECLARATION OF K. SCOTT WESTER IN SUPPORT OF DEFENDANT ST. FRANCIS MEDICAL CENTER'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION [F.R.C.P. 12(b)(2)] OR IN THE ALTERNATIVE MOTION TO DISMISS FOR IMPROPER VENUE [F.R.C.P. 12(b)(3), 28 U.S.C. § 1406] OR IN THE ALTERNATIVE FOR A TRANSFER OF VENUE [28 U.S.C. § 1404] AND REQUEST FOR AN ORDER STAYING DISCOVERY ON THE MERITS AND EARLY DISCLOSURE REQUIREMENTS UNTIL THE JURISDICTIONAL ISSUE IS RESOLVED;**

- **PROPOSED ORDER GRANTING MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION [F.R.C.P. 12(B)(2)] OR IN THE ALTERNATIVE MOTION TO DISMISS FOR IMPROPER VENUE [F.R.C.P. 12(B)(3), 28 U.S.C. § 1406] OR IN THE ALTERNATIVE FOR A TRANSFER OF VENUE [28 U.S.C. § 1404] AND REQUEST FOR AN ORDER STAYING DISCOVERY ON THE MERITS AND EARLY DISCLOSURE REQUIREMENTS UNTIL THE JURISDICTIONAL ISSUE IS RESOLVED; and**

- **PROPOSED REVISED CASE MANAGEMENT SCHEDULE.**

on all parties in this action, as addressed below, by causing a true copy thereof to be distributed as follows:

Sylvia Keita  
Tesfaye Tsadik  
1736 Franklin Street, 10th Floor  
Oakland, CA 94612  

Telephone: (510) 839-3922  
Facsimile: (510) 444-6222  
*Attorneys for Plaintiff*

☒ **By United States Mail:** I enclosed the document in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope/package for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing documents for mailing. On the same day that the document is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing an affidavit.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Oakland, California.

☐ **By Fax Transmission:** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed above. No error was reported by the fax machine that I used.

☐ **By Overnight Delivery:** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐ **By Personal Service:** I personally delivered the documents to the persons at the addresses listed above. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with the receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

☐ **By Messenger Service:** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed above and providing them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service.)*

☐ **By E-Mail or Electronic Transmission:** Based on a court order or an agreement of the parties to accept service by email or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 17, 2007, at Oakland, California.

/s/ Noelle Duncan
Noelle Duncan

30758-37025 KEG 541473.1                    3                    CERTIFICATE OF SERVICE
                                                                 CASE NO. C-07-03378