UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA SAUCER,<br><br>        Plaintiff,<br><br>   v.<br><br>SAINT FRANCIS MEDICAL CENTER, INC.<br><br>        Defendant.<br>_____/ | No. C 07-3378 WDB<br><br>NOTICE RE CONSENT OR REQUEST FOR REASSIGNMENT |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Please take notice that this case was randomly assigned at filing to U.S. Magistrate Judge Wayne D. Brazil. Without the written consent of all parties to jurisdiction pursuant to 28 U.S.C. § 636(c), a Magistrate Judge may not hear and determine a motion that could be dispositive of an action or a claim or defense. Because counsel for Defendant has filed such a motion, the court asks the parties to consider the enclosed "Consent to Assignment or Request for Reassignment," make an election, and e-file the Consent or the Request for Reassignment by **no later than Friday, August 24, 2007.**

Dated: August 17, 2007                                 Richard W. Wieking, Clerk
                                                                              United States District Court

                                                                              *Sarah Weinstein*

                                                                              By:  Sarah Weinstein
                                                                                    Law Clerk/Deputy Clerk

Copies to:  Parties, WDB, Stats

1

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PAMELA SAUCER,

        Plaintiff,

  v.

SAINT FRANCIS MEDICAL CENTER, INC.,

        Defendant.
_____/

No. C 07-3378 WDB

<u>CONSENT TO ASSIGNMENT OR REQUEST FOR REASSIGNMENT</u>

**<u>CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE</u>**

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and ordering the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: _____    _____
                                                                          Signature
                                                                   Counsel for [PLAINTIFF]

**<u>REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE</u>**

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: _____    _____
                                                                          Signature
                                                                  Counsel for [PLAINTIFF]