SYLVIA KEITA, SB#102010
1736 Franklin Street, Tenth Floor
Oakland, California 94612
Telephone: (510) 444-6222
Facsimile: (510) 444-1704

TESFAYE W. TSADIK, SB#108103
1736 Franklin Street, Tenth Floor
Oakland, California 94612
Telephone: (510) 839-3922
Facsimile: (510) 444-1704

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA SAUCER, | Case No. C-07-03378 WDB |
| Plaintiff | **CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE WAYNE D. BRAZIL** |
| v. | |
| SAINT FRANCIS MEDICAL CENTER, INC., | |
| Defendant, | |

-2-

In accordance with the provisions of Title 28, U.S.C. Section 636© the undersigned party hereby voluntarily consents to have United States Magistrate Judge Wayne Brazil conduct any and all further proceedings in this case, including trial, and order the entry of a final judgment.

Dated: August 24, 2007.

```
            /s/
SYLVIA KEITA
Attorney for Plaintiff
```