1  
2  Sylvia Keita, Esq., SB# 108010
   Law Offices of Sylvia Keita
   1736 Franklin Street, 10th Floor
3  Oakland, CA 94612
   Telephone (510) 444-6222
4  Facsimile (510) 444-1704

5  Tesfaye W. Tsadik, Esq., SB# 108103
   Law Offices of Tesfaye W. Tsadik
6  1736 Franklin Street, 10th Floor
   Oakland, CA 94612
7  Telephone (510) 839-3922
   Facsimile (510) 444-1704
8  
   Attorneys for Plaintiff:
9  PAMELA SAUCER

10  
11  
                    **UNITED STATES DISTRICT COURT**
12  
                    **NORTHERN DISTRICT OF CALIFORNIA**
13  
14  
                                          )   No.  C07-03378
15  PAMELA SAUCER                         )
        Plaintiff,                        )   **STATEMENT OF NON OPPOSITION**
16                                        )   **AND   REQUEST TRANSFER .**
        v.                                )
17                                        )
   SAINT FRANCIS MEDICAL                  )   Date: September 26, 2007
18 CENTER Inc.                            )   Time: 1:30 p.m.
        Defendant,                        )   Magistrate Judge Wayne Brazil
19 _____)

20  
21  
22      Plaintiff does not oppose defendant's request that this matter be transferred to venue

23  located in the Western District of Louisiana, United States District Court.

24  
25      Parties have agreed to proceed with settlement negotiations at this time.  It is

26  respectfully requested that the Court continue hearing for two weeks, on this motion to

27  allow discussion and possible completion of settlement between the parties.

28                                        -1-

1  Dated: September 5, 2007

3  _____
   Sylvia Keita, Esq.
   Attorney for Plaintiff

-2-