JEFFREY D HOSKING, State Bar No. 163975
jdh@llcllp.com
KAREN E. GIQUINTO, State Bar No. 228261
keg@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
Telephone:   (510) 433-2600
Facsimile:   (510) 433-2699

Attorneys for Defendant
ST. FRANCIS MEDICAL CENTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PAMELA SAUCER,<br><br>   Plaintiff,<br><br>v.<br><br>SAINT FRANCIS MEDICAL CENTER, Inc.,<br><br>   Defendant. | Case No. C-07-03378 WDB<br><br>**REPLY TO PLAINTIFF'S STATEMENT OF NON-OPPOSITION TO DEFENDANT ST. FRANCIS MEDICAL CENTER'S MOTION TO DISMISS**<br><br>Date:   September 26, 2007<br>Time:   1:30 p.m.<br>**Magistrate Judge Wayne Brazil** |

   As plaintiff has filed a Statement of Non-Opposition, Defendant respectfully requests that this case be dismissed on the grounds of lack of personal jurisdiction and improper venue. Defendant is opposed to continuing the hearing on the Motion to Dismiss as any settlement discussions can take place irrespective of whether the case is dismissed or transferred to the

///

///

///

///

///

///

30758-37025 KEG 541035.1

REPLY TO PLAINTIFF'S STATEMENT OF
NON-OPPOSITION TO MOTION TO
DISMISS CASE NO. C-07-03378

1  Western District of Louisiana, United States District Court. Defendant will review and evaluate
2  any settlement demand made by plaintiff.

4  Dated:    September 6, 2007                    LOMBARDI, LOPER & CONANT, LLP

6                                                 By: /s/ Karen E. Giquinto
7                                                    KAREN E. GIQUINTO
                                                     Attorneys for Defendant
8                                                    ST. FRANCIS MEDICAL CENTER, INC.