**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA SAUCER | No. C 07-3378 WDB |
|          Plaintiff, | ORDER REGARDING PENDING MOTION TO DISMISS OR TO TRANSFER |
|   v. | |
| SAINT FRANCIS MEDICAL CENTER, INC. | |
|          Defendant. _____/ | |

      Plaintiff filed this case on June 27, 2007. On August 17, 2007, Defendant filed a Motion to Dismiss for Lack of Personal Jurisdiction.[1] Alternatively, Defendant asked that the Court transfer the case to the Western District of Louisiana. On September 5, 2007, Plaintiff filed a Statement of Non-Opposition, indicating that she did not oppose the request to transfer, but requesting that the Court continue the matter for two weeks so that the parties might explore settlement. On September 6, 2007, Defendant filed its reply, seeking full dismissal of the case and no continuance. The matter was to be heard before the undersigned on September 26, 2007. That hearing is now VACATED.

      After reviewing the parties' written submissions, it is the Court's intention to issue a transfer order in two weeks, on <u>September 21, 2007</u>, to send the case to the Western District of Louisiana. *See* 28 U.S.C. § 1406. The parties must notify the undersigned immediately if they settle the case. If the parties do not notify the undersigned that the

---

[1] Plaintiff and Defendant both have consented to Magistrate Judge jurisdiction.

1

1  case has settled by September 21, 2007, the transfer order immediately will issue on that
2  day.
3  IT IS SO ORDERED.

5  Dated:   September 10, 2007

_____
WAYNE D. BRAZIL
United States Magistrate Judge

Copies to:  parties, WDB

2