UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA SAUCER | No. C 07-3378 WDB |
| Plaintiff, | ORDER TRANSFERRING CASE TO THE WESTERN DISTRICT OF LOUISIANA |
| v. | |
| SAINT FRANCIS MEDICAL CENTER, INC. | |
| Defendant. | |

Plaintiff filed this case on June 27, 2007. On August 17, 2007, Defendant filed a Motion to Dismiss for Lack of Personal Jurisdiction.[1] Alternatively, Defendant asked that the Court transfer the case to the Western District of Louisiana. On September 5, 2007, Plaintiff filed a Statement of Non-Opposition, indicating that she did not oppose the request to transfer, but requesting that the Court continue the matter for two weeks so that the parties might explore settlement. On September 6, 2007, Defendant filed its reply, seeking full dismissal of the case and no continuance. The matter was to be heard before the undersigned on September 26, 2007.

On September 10, 2007, after reviewing the parties' written submissions, the undersigned issued an Order vacating the hearing on September 26, 2007, and indicating the Court's intention to transfer the case to the Western District of Louisiana under 28 U.S.C. § 1406, unless the parties notified the undersigned by September 21, 2007, that they had settled the case.  Because the undersigned received no notice by September 21,

---

[1] Plaintiff and Defendant both have consented to Magistrate Judge jurisdiction.

1

1  2007, that the parties had settled the case, the Court GRANTS the alternative relief sought
2  in Defendant's Motion by, "in the interest of justice" pursuant to 28 U.S.C. § 1406(a),
3  TRANSFERRING this action to the Western District of Louisiana.
4  IT IS SO ORDERED.

6  Dated:    September 24, 2007

   _____
   WAYNE D. BRAZIL
   United States Magistrate Judge

9  Copies to:  parties, WDB