**UNITED STATES DISTRICT COURT**
**Northern District of California**
1301 Clay Street
Oakland, California 94612

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

October 10, 2007

Western District of Louisiana
United States Courthouse
300 Fannin Street, Suite 1167
Shreveport, Louisiana 71101

RE: CV 07-03378 WDB   PAMELA SAUCER-v-SAINT FRANCIS MEDICAL CENTER, INC.

Dear Clerk,

  Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

   ☒ Certified copy of docket entries.

   ☒ Certified copy of Transferral Order.

   ☐ Original case file documents.

   ☒ Please access the electronic case file for additional pleadings you may need.  See the attached instructions for details.

  Please acknowledge receipt of the above documents on the attached copy of this letter.

       Sincerely,
       RICHARD W. WIEKING, Clerk


       by:  Cynthia Lenahan
       Case Systems Administrator

Enclosures
Copies to counsel of record